## <u>AFFIDAVIT</u>

**I.**     **<u>INTRODUCTION:</u>**

I, Russel King, (hereafter referred to as Affiant) being duly sworn deposes and states the following:

1.     I am a duly sworn Special Agent (S/A) of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been assigned as such since 2005.  In that capacity, I am authorized to apply for a warrant under Rule 41 of the Federal Rules of Criminal Procedure.  I am a federal law enforcement officer as defined in Rule 41(a)(2)(C).

2.     I am currently assigned to the Lexington Field Office and have so been since May 2005.  My current duty assignment includes, but is not limited to, investigating violations of Federal firearms, arson and explosives laws.  Prior to my current assignment with the ATF, I was a Special Agent with the United States Secret Service from approximately 2000 to 2005.  I was also employed as a Border Patrol Agent with the United States Border Patrol from approximately 1998 to 2000.

3.     I am authorized and have the responsibility to investigate and arrest persons for violations of Federal law, to include the below listed offenses, as are included in the Federal Criminal Code:

1)  Title 18, U.S.C., Section 922(u) – Stealing or unlawfully taking or carrying away from the premises of a business, licensed to engage in the business of dealing in firearms, firearms that have been shipped or transported in interstate and/or foreign commerce.

2)  Title 18, U.S.C., Section 922(j) – Possession of stolen firearms that have been shipped or transported in interstate and/or foreign commerce, knowing that the firearms were stolen.

4.      During my time as a Criminal Investigator, I have investigated violations of the Federal Firearms Laws, including cases that involved the theft, unlawful trafficking, and criminal possession and use of firearms by prohibited persons.  I have also participated in various aspects of federal investigations, including interviewing defendants, witnesses, and cooperating sources.  I have conducted surveillance, to include physical, mobile, and technical surveillance. I have attended specialized training in the forensic extraction and analysis of electronic information, specifically cellular phones and mobile devices.

5.      Additionally, during my tenure as a Criminal Investigator, I have investigated and participated in the investigation of thefts of firearms from Federal Firearms Licensees (FFLs), which are business entities licensed by the Federal government to engage in the business of buying and selling firearms for profit.

6.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. §§ 922(u) and 922(j), as listed above, have been committed.

7.      Based upon my training and experience, and the training and the experience and training of other law enforcement officers that have participated in this investigation, I know that:

    a.   Persons involved in the theft of firearms and other items often maintain in their residence and around their residence clothing and disguises used in the commission of the theft including, but not limited to, face coverings, gloves, bags, backpacks, footwear and masks.

    b.   Persons involved in the theft of firearms and other items often maintain in their residence and around their residence tools used in the commission of the theft including, but not limited to, prybars, power tools, lights (such as head lamps) and battery-operated tools.

    c.   Persons involved in the theft of firearms and other items often maintain in their residence and around their residence firearms obtained during the theft, firearm parts and accessories, firearm boxes or storage containers and ammunition that were stolen during the commission of the theft.

d.   Persons involved in the theft of firearms and other items often maintain in their residence and around their residence cellular telephones and other communication devices used or possessed during the commission of the theft.

e.   Persons involved in the theft of firearms and other items often maintain in their residence and around their residence writings, notes, diagrams and other literature pertaining to the planning and execution of the theft of firearms.

f.   Persons involved in the theft of firearms and other items often maintain in their residence and around their residence sales tags and other indicia of the retailer that were affixed to the firearms at the time they were stolen from the FFL.

### Interstate Nexus of Stolen Firearms

8.      The firearms stolen from Dan's Discount Jewlery and Pawn on January 4, 2023 are listed as follows:

a.   Canik, model TP9 Elite SC, 9mm caliber pistol bearing serial number 22CB17258

b.   Glock, model 43X 9mm caliber pistol bearing serial number BPTS934

c.   SCCY Industries, CPX-1, 9mm pistol bearing serial number 816091

9.      These firearms were discussed with ATF interstate nexus expert Special Agent Ryan Caudill who preliminarily determined that the firearms were not manufactured in the Commonwealth of Kentucky, and that they have traveled in interstate or foreign commerce.

10.      The firearms stolen from Bypass Gold and Pawn LLC on February 8, 2023 are listed as follows:

a.   SigSauer, model P230, .380 caliber pistol bearing serial number S116578

b.   HiPoint, model JCP, .40 caliber pistol bearing serial number 7299083

c.   Ruger, model MkIV, .22LR caliber pistol bearing serial number 500355361

d.   Springfield Armory, Ultra Compact, .45 caliber pistol bearing serial number N358029

e.   Taurus, model GX4 9mm pistol bearing serial number IGC30092

f.   Glock, model 43X, 9mm pistol bearing serial number B2DEI47

g.  Glock, model 45 9mm caliber pistol bearing serial number BTHA818

h.  Ruger model LCP .380 caliber pistol bearing serial number 372176348

i.  Springfield Armory, model Hellcat 9mm caliber pistol bearing serial number AT244798

11.   These firearms were discussed with ATF interstate nexus expert Special Agent Ryan Caudill who preliminarily determined that the firearms were not manufactured in the Commonwealth of Kentucky, and that they have traveled in interstate or foreign commerce.

12.   Both Dan's Discount Jewelry and Pawn LLC and Bypass Gold and Pawn are Federal Firearms Licensees of record, which are business entities licensed by the Federal government to engage in the business of buying and selling firearms for profit.

13.   The information in this affidavit is based on my participation in this investigation, information provided to me by other law enforcement officers involved in this investigation, and my discussions with other law enforcement agents and other witnesses.  The information contained in this affidavit does not describe the entirety of this investigation, but sets forth only those facts relevant and necessary to determining probable cause for the requested search.

## II.   **REQUESTED WARRANT:**

14.   This affidavit is submitted in support of an application for a search warrant to search the below listed property and to search for and seize certain items (more fully described in Attachment B, incorporated by reference herein):

a.  **4340 Simpson Lane, Richmond, Madison County, Kentucky –** The property located at 4340 Simpson Lane in Richmond, Madison County, Kentucky, is the primary address of Christopher D. Taylor (DOB XX/XX/1984) and is more fully described as a two-story single-family home, finished with tan vinyl siding and a front porch affixed to the home.  The residence has a tan or light brown roof with two (2) dormers facing Simpson Lane.  The residence faces Simpson Lane and has the numerals "4340" affixed above the front door.  The residence is located at or near

GPS coordinates 37.8844287, -84.3176148. Photographs of this address, taken by ATF personnel and/or captured via Google Earth, have been attached and marked "Attachment B".

**b. Vehicle operated by Christopher D. Taylor -** 2002 model year Chevrolet Silverado, silver in color, bearing Kentucky license plate number 861-PEB, vehicle identification number 1GCEC14VX2Z206854.

15. The purpose of the search warrant is to locate and seize property in the Eastern Judicial District of Kentucky which constitutes evidence of 1) stealing or unlawfully taking or carrying away from the premises of a business, licensed to engage in the business of dealing in firearms, firearms that have been shipped or transported in interstate and/or foreign commerce and 2) the possession of stolen firearms that have been shipped or transported in interstate and/or foreign commerce, knowing that said firearms were stolen, in violation of 18 U.S.C. §§ 922(u) and 922(j), respectively.

### III.   INVESTIGATION:

#### Burglary at Dan's Discount Jewelry and Pawn

16. On January 4, 2023, at approximately 4:40 AM Eastern Standard Time, a burglary occurred at Dan's Discount Jewelry and Pawn, a Federal Firearms Licensee (FFL) located at 1101 Kim Kent Drive in Richmond, Kentucky. The store was accessed by two as-yet unidentified suspects wearing face coverings and gloves. At the time of the burglary, this business was closed and, with the exception of the perpetrators, unoccupied.

17. The affected FFL was equipped with a video surveillance system. Upon review of the video captured by this system at the time of the burglary, investigators observed the entry made inside the FFL by the two (2) unidentified suspects. The suspects came equipped with tools that allowed them to defeat locked doors and containers. The unknown subjects made their way onto the business property by cutting a chain link fence at the rear of the property and then forced entry into the FFL by breaching a locked rear door.





18.    The suspects proceeded to breach a second locked door, giving them access to a room where numerous firearms are stored.





19.     The suspects loaded approximately sixty (60)[1] firearms into two (2) separate duffle

bags that were brought with them.

---

1 In the previous affidavit, completed to secure a search warrant for information possessed by Google, the number of firearms was listed as sixty one (61).  This was discovered to be an error.





20.     As the suspects were exiting the rear of the building, Richmond Police Department

Officers arrived on scene after having been alerted by the business' alarm system.

21.     While the suspects evaded capture by law enforcement, responding officers located

the aforementioned duffel bags containing firearms.  Law enforcement officers also recovered other

items of potential evidentiary value, but nothing to lead to the identity of the suspects. Surveillance video obtained from a neighboring business captured two subjects running through an empty field in an area behind Dan's Discount at around the time that the suspects would have been fleeing after the burglary. The suspects were running toward the East Ridge Apartments where they disappeared from view.

22.    Although the majority of the stolen firearms were recovered by responding law enforcement at the scene, a subsequent inventory of the firearms by the FFL revealed that the suspects had successfully stolen at least three handguns.



23.    In a further review of surveillance videos provided by Dan's Discount, capturing the burglary of firearms from various angles inside the business, investigators were able to observe that one of the two suspects, who was wearing gray in color, loose fitting slacks or jogging pants, appeared

to support his right-hand front pants pocket, as though he were securing something of substance, as he ran while inside the business.





Additionally, investigators observed a rectangular shaped bulge in the same pocket as the suspect moved inside the business, during the course of the firearm theft.





While the suspect does not remove the object from their pocket, the shape and size of this object is consistent with the shape and size of a modern smart cellular telephone. Based on everyday experience, it is common for individuals to keep their cellular devices in a front pants pocket.

<u>**Google Search Warrant**</u>

24.     Based on the above listed observations, Affiant petitioned and secured a search warrant authorizing a search of Google LLC records for devices found present within certain geographical points that encompassed the affected Dan's Discount Jewelry for the date and time when the burglary occurred.  This search warrant was served on or about January 17, 2023.

25.     On or about January 24, 2023, Google responded to the warrant with information

regarding a device that was present in the geofence at the time of the burglary. Follow up disclosure from Google revealed that the device is associated with a Google Pay account, which listed the Google subscriber information. The subscriber data identified the user of the account and the following information:

**Christopher Taylor**
4340 Simpson Lane
Richmond, KY 40475
Google Account ID 824701023636
Email: carolina1984x@gmail.com

### Burglary at Bypass Gold and Pawn LLC, Winchester, Kentucky

26.     On February 8, 2023, at approximately 3:45 AM Eastern Standard Time, a burglary occurred at Bypass Gold and Pawn LLC, an FFL located at 203 Breeze Hill Drive in Winchester, Kentucky. The store was accessed by a solitary as-yet unidentified suspect wearing a face covering and gloves. At the time of the burglary, this business was closed and, with the exception of the perpetrator, unoccupied.

27.     The affected FFL is equipped with a video surveillance system. Upon review of the video captured by this system at the time of the burglary, investigators observed the entry made inside the FFL by the unidentified suspect. The suspect came equipped with a tool or tools that allowed them to defeat locked doors and containers. The unknown subject made their way to the rear of the business from a business across from Bypass Gold and Pawn LLC and then forced entry into the FFL by breaching a locked back door. The suspect is observed equipped with a backpack and suitcase, with the suitcase used to aid in the cartage of stolen firearms from the business.







28.    Once inside the business, the suspect proceeded through a side storage room and directly to a glass display case in the pawn shop showroom where handguns were displayed.  The

suspect utilized what appears to be a crowbar to breach the display case, and is observed removing

handguns, placing them into the aforementioned suitcase[2].



_____

2 It should be noted that the appearance of the suspect's clothing appears different in the interior camera views due to the low light capabilities of the store's surveillance system.



29.     While conducting this activity, an object that appears to be a firearm is observed tucked in the suspect's waistband.





30.     The suspect is then observed retracing his steps and exiting from the rear door of the

business at approximately 3:47 AM.



31.     Based on the foregoing, Affiant postulates that in the early morning hours of February 8, 2023, an unidentified suspect approached Bypass Gold and Pawn in Winchester, Kentucky, forced entry into the business by means of a tool or tools brought to the scene by the suspect and committed the theft of nine (9) firearms.  The suspect then fled from the premises on foot to an unknown locale. At the time of the burglary, no other individuals were present at the scene of the crime.

32.     On February 10, 2023, ATF Special Agents Jack Morgan and Brad Brasher met with Detectives Tyler Short and Daniel Toth with the Richmond Police Department.  Law enforcement officials discussed the results of the search warrant documents received from Google, listed above in paragraph 20, that revealed that the account associated with the geofence warrant return belongs to "Chris Taylor".  Upon conducting a criminal history query for Christopher Taylor, law enforcement discovered a state issued bench warrant for Mr. Taylor that was issued on November 3, 2022 by Anderson Circuit Court for five (5) counts of Burglary 3rd, five (5) counts of Criminal Mischief 3rd, Possession of Burglary Tools, five (5) counts of Theft by Unlawful Taking, and miscellaneous vehicle violations.  It was also discovered that Christopher Taylor has previously been convicted in Anderson County Kentucky Circuit Court Case #21-CR-0032, where he was adjudicated guilty of Burglary in the 3rd Degree.

33.     Investigators traveled to Christopher Taylor's address, listed at 4340 Simpson Lane, and made contact with Mr. Taylor's girlfriend, identified as Martha Fowler.   Ms. Fowler claimed that Mr. Taylor had gone to a drug rehab facility three weeks ago.  Detectives and Agents drove off and contacted the drug rehabilitation facility and learned that this facility has been closed for over a month.

34.     Detectives and Agents returned to the house and knocked on the rear door.  Martha Fowler answered the door and she was told that the rehab facility was closed.  She was asked again

if Christopher Taylor was in the house and she replied that he was not.  Ms. Fowler subsequently

gave law enforcement permission to look around inside the residence.  Detectives and Agents went

inside the home and, after several minutes, found Christopher Taylor hiding in the attic.  Mr. Taylor

was wearing a black Fox baseball hat, which appeared to be the same type of hat worn by one of the

suspects in the surveillance video from the Dan's Discount Jewelry and Pawn burglary on January 4,

2023.

35.     While at 4340 Simpson Lane, outside the residence, Detectives and Agents also

observed several items in plain view that were seen in surveillance video from the Bypass Gold and

Pawn LLC burglary on February 8, 2023.  These items include a blue crowbar, footwear, a luggage

bag on wheels, and a backpack.





36.     Mr. Taylor was arrested by local authorities pursuant to an outstanding Anderson County Bench Warrant and placed in a marked police vehicle.  Christopher Taylor was advised of his Miranda rights and said he did not want to talk to investigators prior to speaking to an attorney. Mr. Taylor remained on scene at 4340 Simpson Lane.  After approximately thirty minutes, Mr. Taylor initiated contact with law enforcement, now stating that he changed his mind and would like to speak to investigators.  Christopher Taylor was transported to the Richmond Police Department where he was read his Miranda rights again and he agreed to talk.  Christopher Taylor confessed to his role in the commission of the theft of firearms from Dan's Discount Jewelry and Pawn on January 4, 2023 and Bypass Gold and Pawn LLC on February 8, 2023.  He advised the firearms stolen from Dan's

Discount were no longer in his possession, but he still had four (4) of the firearms which were stolen

from Bypass Gold and Pawn were at his residence at 4340 Simpson Lane in Richmond, Kentucky.

37.     Mr. Taylor said 4340 Simpson Lane is his primary residence and the Chevrolet truck

belongs to him although it had not been transferred because it was recently purchased.  He said one

of the stolen firearms was in the truck and three others were in the closet of his master bedroom.

## IV.     CONCLUSION

38.     Based on the above, I believe that there is probable cause to believe that:

a.   Christopher D. Taylor has engaged in criminal conduct, in the Eastern Judicial District of Kentucky, by 1) stealing or unlawfully taking or carrying away from the premises of a business, licensed to engage in the business of dealing in firearms, firearms that have been shipped or transported in interstate and/or foreign commerce, and the 2) possession of stolen firearms that have been shipped or transported in interstate and/or foreign commerce, knowing that said firearms were stolen, in violation of 18 U.S.C. § 922(u) and 922(j), respectively.

b.   Christopher D. Taylor maintains a residence located at 4340 Simpson Lane in Richmond, Madison County, Kentucky.  From the investigation, I believe that Christopher D. Taylor uses this address to store burglary tools and accessories to commit burglaries, spoils gained from the theft of firearms, and approximately three (3) of the stolen firearms from the February 8, 2023 burglary of Bypass Gold and Pawn in Winchester, Kentucky.

c.   Christopher D. Taylor operates a 2002 model year Chevrolet Silverado, silver in color, bearing Kentucky license plate number 861-PEB, vehicle identification number 1GCEC14VX2Z206854, where at least one of the stolen firearms from the February 8, 2023 burglary of Bypass Gold and Pawn in Winchester, Kentucky is located.

d.   I am aware from my training and experience, and the training and experience of others involved in this investigation, that persons involved in the theft of firearms from FFLs often keep items as listed in Attachment A and other items of contraband at their residences and/or in vehicles that they maintain control of.

34.     Based on the foregoing, I believe there is probable cause to believe that items, more

specifically set forth in Attachment A, which relate to the stealing or unlawful taking or carrying

away from the premises of a business, licensed to engage in the business of dealing in firearms,

firearms that have been shipped or transported in interstate and/or foreign commerce, and the possession of stolen firearms that have been shipped or transported in interstate and/or foreign commerce, knowing that said firearms were stolen will be found and seized upon searching his place of residence located at 4340 Simpson Lane, Richmond, Madison County, Kentucky, and upon searching a 2002 model year Chevrolet Silverado, silver in color, bearing Kentucky license plate number 861-PEB, vehicle identification number 1GCEC14VX2Z206854.

**IT IS REQUESTED** that the Court authorize a search of Christopher D. Taylor's residence located at the address identified as 4340 Simpson Lane in Richmond, Kentucky, and a search of a 2002 model year Chevrolet Silverado, silver in color, bearing Kentucky license plate number 861-PEB, vehicle identification number 1GCEC14VX2Z206854.   This address and the vehicle are located at/near GPS coordinates 37.8844287, -84.3176148.   It is further requested that the Court authorize the search of any locked container or safe found inside the property listed above, and any outbuilding or appurtenance, and vehicles present, under custody or control of Christopher D. Taylor, where items contained in Attachment A may be located.

The above-statement is true and correct to the best of my knowledge, information, and belief and I request that a search warrant be issued for the above-described property.


/s/ Russell King
Russel King
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives


Attested to by applicant per FRCrP 4.1 by reliable electronic means on this 10th day of February, 2023.

HONORABLE MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE